UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**CHANDLER DRIVE PARTNERS LLC**  **PLAINTIFF**
**D/B/A BEL-AIR**
**v.**  **CIVIL ACTION NO. 1:23-CV-149-GNS**

**ARSENIO DAMAR BEY**  **DEFENDANT**

### ORDER OF REMAND

Defendant Arsenio Damar Bey filed a *pro se* notice of removal regarding an action currently pending in Warren County District Court (DN 1). Defendant also filed a non-prisoner application to proceed without prepayment of fees (DN 3). Defendant, however, failed to provide any of the financial information requested on the application. Thus, on November 29, 2023, the Court entered an Order denying the application and ordering Plaintiff to pay the $402 filing fee for this action within 30 days (DN 5). The Court warned Defendant that if he failed to comply with the Order the action would be remanded to Warren County District Court.

Since entry of that Order, Defendant has filed a "Writ of Error" (DN 6) and an "Affidavit of Fact – Affidavit to Vacate Order and Notice of Default Judgment" (DN 7). Plaintiff begins the first filing with the words "The Moorish Divine and National Movement, Northwest Amexem/Northwest Africa/North America, Aboriginal and Indigenous Natural Peoples of the of the Land." Defendant then states that this is not a *pro se* action and is "an exercise of my preserved Constitutional Right In Propria Persona, Sui Juris and Haeres Ex Asse – 'In Forma Pauperis.'" Defendant then asserts that that he has no gold or silver coins "as prescribed by United States Constitutional Law" and states that imposition of a "filing fee" is "unconstitutional and arbitrarily hinders Due Process of Law."

There is no constitutional right of free access to this Court. Moreover, Defendant's arguments regarding the filing fee are based upon Moorish sovereign citizens theories "which have been uniformly rejected by the federal courts for decades," *Smith v. Heyns*, No. 13-14013, 2014 U.S.

Dist. LEXIS 100838, at *3 (E.D. Mich. July 24, 2014), and have also been "recognized as frivolous and a waste of court resources." *Muhammad v. Smith*, No. 3:13-CV-760, 2014 U.S. Dist. LEXIS 99990, at *6 (N.D.N.Y. July 23, 2014); *see also United States v. Ward*, No. 98-30191, 1999 U.S. App. LEXIS 9255, at *5-6 (9th Cir. May 13, 1999) (noting that arguments based on sovereign citizen theories are ordinarily rejected "without extended argument").

Thus, because Defendant has failed to pay the $402 filing fee for this action within the time allotted and has only made frivolous arguments for his failure to do so, **IT IS ORDERED** that the notice of removal (DN 1) is **DISMISSED** for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3). This action shall be **SUMMARILY REMANDED** immediately to the Warren County District Court in which the proceedings were commenced.

The **Clerk of Court** is **DIRECTED** to mail a **certified copy** of this Order of Remand to the Clerk of the Warren County District Court. The state court may thereupon proceed with the action.

Date: January 3, 2024

Greg N. Stivers, Chief Judge
United States District Court

cc: Defendant, *pro se*
    Warren County District Court (as directed above)
4414.011